ORIGINAL

**ENTERED**
CLERK, U.S. DISTRICT COURT
JUN 3 0 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**FILED**
CLERK, U S DISTRICT COURT
JUN 27 ...
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✗
Send ✗
Enter ✗
Closed ✗
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trovan, LTD et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Pfizer, Inc.,<br><br>    Defendant. | CV 98-0094 LGB (Mcx)<br><br>JUDGMENT |

On June 20, 2003, the motion for summary judgment of defendant Pfizer, Inc. came on regularly for hearing before this Court. After considering the papers submitted in support of and opposition to defendant's motion and the evidence contained therein, and having heard the argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: that plaintiffs take nothing on their trademark infringement



under the Lanham Act claim; and that the plaintiffs' claim for trademark infringement under the Lanham Act be dismissed on the merits.

IT IS SO ORDERED.

Dated: June 27, 2003

LOURDES G. BAIRD
United States District Judge